UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAISUKE YOSHIDA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TACO BELL IP HOLDER LLC,<br><br>　　　　　Defendant. | Case No. 1:26-cv-01939-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 12) |

On May 28, 2026, Plaintiff filed a notice of voluntary dismissal, stating as follows:

Plaintiff Joseph Daisuke Yoshida, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal of the above-styled action. Plaintiff's individual claims against Defendant are dismissed *without* Prejudice. The claims of the putative class members are dismissed *without* prejudice. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

(ECF No. 12, p. 1).

Therefore, this action has been dismissed, without prejudice, as to Plaintiff's individual claims and the putative class claims. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines and proceedings and then to close the case.

IT IS SO ORDERED.

Dated: __**May 29, 2026**__ 　　　　　__/s/ Erica P. Grosjean__

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1